WR-62,099-05
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/22/2015 11:12:07 AM
Accepted 4/22/2015 11:29:47 AM
ABEL ACOSTA
CLERK

## Statement of David R. Dow pursuant to Miscellaneous Rule 11-003

RECEIVED
COURT OF CRIMINAL APPEALS
4/22/2015
ABEL ACOSTA, CLERK

Pursuant to this Court's Miscellaneous Rule 11-003, I, David R. Dow, counsel for Robert Lynn Pruett, file this statement:

1. On April 20, 2015, I filed a state habeas application pursuant to Article 11.073 for Robert Lynn Pruett in the trial court. The document was file stamped in the clerk's office at 2:00 pm. This was eight days before Pruett is scheduled to be executed. By that time, the required ten copies had already been received by this Court.

2. After preparing the document but before it was filed, on Saturday, April 18 at 8:45 pm, I emailed a copy of the application to counsel for the State.

3. As required by this Court's January 14, 2015 order, I submitted a motion for leave to appear the evening of April 19, 2015. That document was filed by this Court's clerk at 8:18 am on April 20.

4. Although the motion for leave to appear had not been granted, not wanting to violate this Court's Miscellaneous Rule 11-003, I prepared a motion for stay of execution. As that document (and related documents in cause number WR-62,099-04) was being filed, this Court granted me leave to appear. The motion for stay was transmitted at 3:58 pm on April 20 and accepted by this Court's clerk at 4:28 pm that same day.

5. Counsel for the State (to whom counsel sent a copy of the application approximately forty hours before it was filed) responded on April 21 at 9:33 pm – inside this Court's eight-day rule.

6. Because I felt arguments raised in the State's response necessitated a reply, I prepared a reply which I filed at 7:19 am, less than ten hours after the State filed its response.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of April, 2015.